## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Strike Tool, Inc., | ) |
| | ) Case No.: 0:16-cv-00896 (SRN/JSM) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Ess Brothers and Sons, Inc., and | ) |
| Sealing Systems Inc. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective undersigned attorneys, that the above-entitled action, including all claims, cross-claims and counterclaims, having been fully, finally, and completely compromised and settled between the parties, should be dismissed with prejudice on the merits with each party bearing their own fees, costs, and expenses relative to the defense of, or pursing of, claims.

Dated: January 11, 2017  **HELLMUTH & JOHNSON, PLLC**

By:   s/Jonathan D. Jay
      Jonathan D. Jay (#18603X)
      Alexander J. Farrell (#390202)
      8050 West 78th Street
      Edina, MN 55439
      Tel: (952) 941-4005
      Email: jjay@hjlawfirm.com
            afarrell@hjlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

Dated: January 11, 2017         **WINTHROP & WEINSTINE, P.A.**

By:   s/Devan V. Padamanabhan
     Devan V. Padamanabhan (#18603X)
     Paul J. Robbennolt (#240126)
     225 South Sixth Street, Suite 3500
     Minneapolis, MN 55402
     Tel: (612) 604-6400
     Email: dpadamanabhan@winthrop.com
           probbennolt@winthrop.com

**ATTORNEYS FOR DEFENDANTS**